FRANCES L. CARPENTER, Appellant, *v.* WILLIAM M. ADAMS et al., Respondents.

(Submitted March 17, 1885; decided March 24, 1885.)

*Thomas M. Wheeler* for appellant.

*Thomas Thacher* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.